IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

OREGON IMAGING CENTERS, LLC,
an Oregon limited liability company; and
RADIOLOGY ASSOCIATES, P.C., an
Oregon limited liability company,

       Plaintiffa,                                       Civ. No. 6:16-cv-01946-TC

     v.                                                 ORDER

ADVOCATE RADIOLOGY BILLING AND
REIMBURSEMENT SPECIALISTS, LLC,
an Ohio limited liability company,

       Defendants.
_____

MCSHANE, Judge:

       Magistrate Judge Thomas M. Coffin filed a Findings and Recommendation (ECF No. 28), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although plaintiff did not file objections, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Coffin's Findings and Recommendation (ECF No. 28) is adopted. IT IS SO ORDERED.

       DATED this 17th day of May, 2017.

                                                     _____/s/ Michael J. McShane_____
                                                           Michael McShane
                                                     United States District Judge